# PD-0536-15

To: Hon. Clerk
Texas Court of Criminal Appeals
201 W. 14th St.
Austin, Tx. 78701

May 2, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 06 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

MAY 06 2015

Abel Acosta, Clerk

Re: Ex parte LESLIE FOSTER
Writ No. 1293779-B  Appeal (P.D.R)

Dear Hon. Clerk,

A ruling was allegedly made by this court around December, 2014 or January, 2015 granting Petitioner a right to file a pro-se Petition For Discretionary Review within 30-days of reciept.

Petitioner addressed changed several times and he recieved the letter late. Petitioner is indigent without counsel And seeks assistance in the preparation of the P.D.R as well as copies of briefs, transcripts etc. to prepare his final direct Appeal out of Time. Petitioner is currently under MHMR and taking medication for severe depression.

Petitioner is innocent and would like to pursue his previous granted "P.D.R" out of Time with the assistance of Court Appointed Counsel.

Enclosed is his Request Motion To Be Filed with this court soon as time allow.

Leslie Foster
Leslie Foster
Alias Jessie Miller Jr
Spn. 00994213

Cause No. 1293779-B

Exparte      *   IN THE COURT OF

LESLIE FOSTER    *   CRIMINAL APPEALS

         *

## MOTION TO FILE PETITION FOR DISCRETIONARY REVIEW OUT-OF-TIME

To Honorable Judges of Court:

COMES, LESLIE FOSTER, Petitioner, in the above case and request this court to Grant him an Out-Of-Time Request to File his "Petition FOR DISCRETIONARY REVIEW with this court with the consideration of Appointment of counsel and will show As follows:

Petitioner WAS transfered from prison, to another prison and released to a half-way house Petitioner was finally reported living at 4205 Alvin St. Houston Tx, 77051 with his elderly Ailing father. Petitioner recieved a letter late from his father due to mis-placement in room draw After falling ill to a blood clot.

Petitioner recieved letter in March, 2015 from Dad with a January, 2015 stamp date. Petitioner is currently indigent and is on prescribed depression medication and unable to File his own Pro-SE- "P.D.R." Petitioner does not have any transcripts or paperwork to prepare said "P.D.R" brief. At this time.

Petitioner still would like to pursue his Innocense and available direct Appeal remedy with the assistance of an Appointed Counsel due to alleged allegations above.

- one of Two -

Petitioner is currently housed at Harris County Jail, 1200 Baker St., Houston Tx. 77002 and is a MHMR patient under the name-Alias: Jessie Miller Jr when it should be: Leslie Foster spn. 00994213.

### OATH

Petitioner certify the allegations made herein is true and correct under penalty and perjury 28. U.S.C. 1746 this May 2, 2015.

*Leslie Foster*

### PRAYER

Petitioner request Appointment of counsel to assist him with his "P.D.R." and a Grantal To File Petition For Discretionary Review Out of Time in the Interest of Justice.

### Certificate of Service

I, Leslie Foster, spn. 00994213, Petitioner certifies he has placed a copy of this Motion To File Petition For Discretionary Review Out-of-Time to: Court of Crim. Appeals Clerk, Austin Tx., 78701 in the U.S. postage mail Box on this 2nd day of May, 2015

Respectfully
*Leslie Foster*
Leslie Foster
spn. 00994213
1200 Baker St
Houston Tx. 77002

= Two-of Two End =

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Jessie Miller Jr.
SPN: 02099421213   Cell: 3A1B
Street: 1300 Baker St.
HOUSTON, TEXAS 77002

Legal

7870116140i

NORTH HOUSTON TX 773
04 MAY 2015 PM 9 L

TEXAS COURT OF CRIMINAL APPEALS
201 W 14th St.,
Austin Tx 78701